IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LINWOOD E. TRACY, JR.,
et al.,

        Plaintiffs,        Civil No. 06-6206-TC

        v.        FINDINGS AND
                RECOMMENDATION
UNITED STATES OF AMERICA,
(and) THE INTERNAL REVENUE
Service.

        Defendant.

COFFIN, Magistrate Judge.

    Plaintiffs' Motion to Dismiss Without Prejudice (#10) should be allowed to the extent this case should be dismissed without prejudice and denied with respect to plaintiff's request that "upon dismissal Plaintiffs shall receive all

/////

/////

1 - FINDINGS AND RECOMMENDATION

filings from the Court and fees."

DATED this 16 day of ~~September~~ Oct, 2006.

_____
Thomas M. Coffin
United States Magistrate Judge

2 - FINDINGS AND RECOMMENDATION